```
Anthony T. King (#027459)
Megan Carrasco (#037109)
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: aking@swlaw.com
        mcarrasco@swlaw.com
```
*Attorneys for Defendant AMN Home Buyers LLC
d/b/a Infinity Home Buyers Express*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Chavez, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMN Home Buyers LLC d/b/a Infinity Home Buyer Express,<br><br>    Defendant. | No. 2:24-cv-00385-ROS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Defendant AMN Home Buyers LLC d/b/a Infinity Home Buyer Express and Plaintiff Michael Chavez, by and through undersigned counsel, hereby stipulate and agree to the dismissal of this action with prejudice, with each party bearing their own respective attorneys' fees and costs.

A proposed order of dismissal is submitted with this stipulation.

///

///

///

///

///

DATED this 30th day of December 2024.

        SNELL & WILMER L.L.P.

By: *s/ Anthony T. King*
Anthony T. King
Megan Carrasco
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
*Attorneys for Defendant AMN Home Buyers LLC d/b/a Infinity Home Buyers Express*

PARONICH LAW P.C.

By: *s/ Anthony Paronich (w/consent)*
Anthony Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all CM/ECF Registrants.

*s/ Martin Lucero*

4904-8851-7898