# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Chavez,<br><br>    Plaintiff,<br><br>v.<br><br>AMN Home Buyers LLC,<br><br>    Defendant. | No. CV-24-00385-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 25),

**IT IS ORDERED** the Stipulation (Doc. 25) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** any scheduled hearings, including the Interim Status Conference set on February 11, 2025, at 11:00 a.m., are **VACATED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 30th day of December, 2024.

*(signature)*

Honorable Roslyn O. Silver
Senior United States District Judge